**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6222**

_____

DAJADE MELBY,

Plaintiff - Appellant,

v.

LT. RIGSBY; LT. JEAN-PIERRE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., Senior District Judge. (3:23-cv-00877-JAG-MRC)

_____

Submitted: August 22, 2024                          Decided: August 26, 2024

_____

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dajade Melby, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dajade Melby appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice for failure to comply with court orders. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Melby v. Rigsby*, No. 3:23-cv-00877-JAG-MRC (E.D. Va. Feb. 16, 2024). We deny Melby's motion for an evidentiary hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*